UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSE HECTOR AREVALO-AVALOS
Plaintiff(s),

v.

ANTONE MONIZ, et al
Defendant(s).

Civil Action No. 26-14151-JEK

**ORDER OF DISMISSAL**

**KOBICK, D.J.**

In accordance with the Court's Electronic Order entered November 12, 2026, ECF 15, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

Dated: November 12, 2026

/s/ Haley Currie
Deputy Clerk